UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1500

WILLIAM HENRY HARRISON; GOD DYHU K. HARRISON; BIGAL M.A.
HARRISON,

              Plaintiffs – Appellants,

         v.

TROOPER J. M. WOODWARD, Virginia State Police; SERGEANT
SMITH, Virginia State Police-Nine Mile Road Barracks;
CAPTAIN GARY B. PAYNE, Virginia State Police; VIRGINIA
STATE POLICE; CANAL INSURANCE COMPANY; BOB CARLTON, Agent
of Canal Insurance,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:13-cv-00131-HEH)

Submitted:  August 13, 2013          Decided:  August 23, 2013

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Henry Harrison, God Dyhu K. Harrison, Bigal M.A.
Harrison, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's orders dismissing this civil rights action pursuant to Fed. R. Civ. P. 12(b)(6) and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrison v. Woodward, No. 3:13-cv-00131-HEH (E.D. Va. Mar. 5 & Apr. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED